IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| TOMMY COOPER, #1125567 | § |
| | § |
| V. | § CIVIL ACTION NO. G-05-132 |
| | § |
| DOUG DRETKE, DIRECTOR, | § |
| TEXAS DEPARTMENT OF CRIMINAL | § |
| JUSTICE, CORRECTIONS | § |
| INSTITUTIONS DIVISION | § |

## **FINAL JUDGMENT**

For the reasons stated in this Court's Order of Dismissal, the Application for Writ of Habeas Corpus of Tommy Cooper is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 19th day of July, 2005.

_____
Samuel B. Kent
United States District Judge